

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-80,554-02

### IN RE CHARLES LEE STUART, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. B-16,116-B IN THE 173RD DISTRICT COURT
### FROM HENDERSON COUNTY

---

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Henderson County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Henderson County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Henderson County, forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application, or forward a copy of an order establishing new deadlines in accordance with this Court's emergency orders regarding the COVID-19 State of Disaster. See TEX. CODE CRIM. PROC. art. 11.07, § 3(c)and (d); TEX.R.APP.P.73.4(b)(5); *First*

*Emergency Order Regarding the Covid-19 State of Disaster*, No. 20-9042 (Tex. Mar. 13, 2020); No. 20-007 (Tex. Crim. App. Mar. 13, 2020); *Third Emergency Order Regarding the Covid-19 Disaster*, No. 20-9044 (Tex. Mar. 19, 2020); No. 20-008 (Tex. Crim. App. Mar. 19, 2020); *Eighteenth Emergency Order Relating to the Covid-19 Disaster*, No. 20-9080 (Tex. Jun. 29, 2020). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed:   September 23, 2020

Do not publish